UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAFAEL AGUILAR, JOSE CASQUETE,
PAULINO DE JESUS LUNA, ALEXIS ROMANO,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

        Plaintiffs,

v.

CALEXICO HOLDING, LLC,
CALEXICO CINCO LLC,
CALEXICO SEIS LLC,
CALEXICO 122 LLC,
CALEXICO 278B LLC
    d/b/a CALEXICO,
CALEXICO CARNE ASADA LLC,
BRIAN VENDLEY, and
PETER OLEYER,

        Defendants.

Case No.: 1:22-cv-06345

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs RAFAEL AGUILAR, JOSE CASQUETE, PAULINO DE JESUS LUNA, ALEXIS ROMANO hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated January 15, 2025, and annexed hereto as **Exhibit A**.

Dated: January 16, 2025

        Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Alexander Bogdan, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, Ste 17th Floor
New York, NY 10178
212-878-7941
abogdan@foxrothschild.com
*Attorney for Defendants*

By: 
C.K. Lee, Esq.