UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAFAEL AGUILAR, JOSE CASQUETE,
PAULINO DE JESUS LUNA, ALEXIS ROMANO,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

CALEXICO HOLDING, LLC,
CALEXICO CINCO LLC,
CALEXICO SEIS LLC,
CALEXICO 122 LLC,
CALEXICO 278B LLC
    d/b/a CALEXICO,
CALEXICO CARNE ASADA LLC,
BRIAN VENDLEY, and
PETER OLEYER,
                Defendants.

**Case No.**: 1:22-cv-06345

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants CALEXICO HOLDING, LLC, CALEXICO CINCO LLC, CALEXICO SEIS LLC, CALEXICO 122 LLC, CALEXICO 278B LLC d/b/a CALEXICO, CALEXICO CARNE ASADA LLC, BRIAN VENDLEY, and PETER OLEYER (collectively "Defendants"), having offered to allow Plaintiffs RAFAEL AGUILAR, JOSE CASQUETE, PAULINO DE JESUS LUNA, ALEXIS ROMANO ("Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), to resolve Plaintiffs' claims against Defendants, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorney's fees, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 15, 2025 and filed as Exhibit A to Docket Number 62;

**WHEREAS**, on January 16, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 62);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiffs RAFAEL AGUILAR, JOSE CASQUETE, PAULINO DE JESUS LUNA, ALEXIS ROMANO, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 15, 2025 and filed as Exhibit A to Docket Number 62. The Clerk of Court is respectfully directed to close this case.

Dated: January 21, 2025  
       Brooklyn, New York

BRENNA B. MAHONEY  
CLERK OF COURT

by: *Jalitza Poveda*  
      Deputy Clerk